UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIENGTHONG VILAYRANH,<br><br>      Petitioner,<br> v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>      Respondent. | CASE NO. 2:23-cv-00924-TL<br><br>ORDER DISMISSING ACTION |

The Court has reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record.

Pursuant to Local Civil Rule 41(b)(2), pro se litigants are required to keep the Court advised as to their current mailing address. If mail is returned as undeliverable and a pro se plaintiff fails to notify the Court within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute. LCR 41(b)(2). Petitioner is a pro se litigant who has been released from custody but has not provided an

updated mailing address, as evidenced by the return of the Report and Recommendation as undeliverable (*see* Dkt. No. 8).

Therefore, the Court ORDERS:

(1) The Report and Recommendation is APPROVED and ADOPTED.

(2) This action is DISMISSED without prejudice for failure to prosecute.

(3) The Government's motion to dismiss (Dkt. No. 5) is STRICKEN as moot.

(4) The Clerk is DIRECTED to send copies of this Order to all parties and to the Honorable Michelle L. Peterson.

Dated this 31st day of August 2023.

Tana Lin
United States District Judge